UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| SARAH ANN COCHRAN,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | ) | Case. No. 3:22-cv-00014-GFVT<br><br>**ORDER** |

*** *** *** ***

Defendant The Lincoln National Life Insurance Company has moved the Court for the admission *pro hac vice* of attorney Iwana Rademaekers. [R. 5.] The Court finds that the movant has tendered the required filing fee, affidavit, and certificate of good standing. Accordingly, pursuant to LR 83.2(a), and the Court being duly and sufficiently advised, it is hereby **ORDERED** as follows:

1. Defendants' Motion for Admission *Pro Hac Vice* [**R. 5]** is **GRANTED;** and
2. Iwana Rademaekers is admitted *pro hac vice* as counsel for Defendant The Lincoln National Life Insurance Company in the above styled action.

This the 15th day of March, 2022.

Gregory F. Van Tatenhove
United States District Judge