UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| SARAH ANN COCHRAN,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 3:22-cv-00014-GFVT<br><br>**ORDER FOR REPORT OF PARTIES' PLANNING MEETING (ERISA)** |

***   ***   ***   ***

Pursuant to the Federal Rules of Civil Procedure, it is hereby **ORDERED** as follows:

1. No later than **thirty (30) days** from the date of entry and service of this order, counsel for the parties shall conduct the meeting of parties required by Rule 26(f) to discuss the possibilities for a prompt settlement or resolution of the case and to develop a proposed case management plan.

2. At the time of the meeting, counsel for the parties shall determine whether this action is exempt from the Rule 26(a)(1) disclosures pursuant to Rule 26(a)(1)(B)(i). If the action is not exempt, the parties shall make the required disclosures within the time required by the Rules and, in the future, shall make supplemental disclosures when required by Rule 26(e).

3. No later than **fourteen (14) days** after the meeting, counsel for the parties shall file a written joint report outlining the proposed case management plan. **This report shall include the following information:**

(a) identity of each participant and the party each participant represents in this action;

(b) the parties' views and proposals required by Rule 26(f), where applicable;

(c) whether settlement is a possibility;

(d) whether the parties agree as to the exact nature of this action under Title 29 of the United States Code known as the Employee Retirement Income Securities Act ("ERISA");

(e) the length of time counsel reasonably believe will be necessary to file the administrative record and other relevant plan documents;

(f) the length of time counsel reasonably believe will be necessary to join other parties and to amend the pleadings;

(g) whether counsel reasonably believes discovery beyond that contained in the administrative record or information submitted during the administrative appeals process will be necessary. If counsel believes that additional discovery will be necessary, counsel shall submit a memorandum of points and authorities justifying the request for additional discovery **concurrently with the parties' report of planning meeting**. These memoranda shall not exceed **five (5) pages** in length and should address any relevant legal authority;

(h) the length of time counsel reasonably believe will be necessary to file dispositive motions;

(i) whether any party believes oral argument will be of assistance to this Court in determining the issues presented in this action;

(j) whether the parties agree that the Plaintiff(s) have exhausted their administrative remedies prior to filing the above-styled action;

(k) whether the parties agree that the state law claims, if any, are preempted by ERISA;

(l) whether the parties agree as to the applicable standard of review they believe should be applied by this Court. If the parties do not agree, each party shall submit a memorandum of points and authorities regarding the standard of review applicable to this action **concurrently**

**with the parties' report of planning meeting**. These memoranda shall not exceed **five (5) pages** in length;

(m) whether the parties desire a scheduling conference before entry of a scheduling order;

(n) identify any other additional issues the parties believe are unique to this action; and

(o) **whether the parties will consent to the jurisdiction of a magistrate judge for all further proceedings, including trial, pursuant to 28 U.S.C. § 636(c). Consent forms are attached to this Order and forms signed by all parties' counsel should be filed by no later than the date counsels' joint status report is due. If all parties by counsel so consent, the Clerk of Court shall re-assign this matter to the appropriate Magistrate Judge without the necessity of further order of the Court. LR 73.1(c).**

4. In the event this matter involves a corporation or partnership, the party is directed to advise the Court at the time of the submission of the parties' joint report of all parent corporations, subsidiaries, affiliates, members and/or partners with which it is associated.

This the 19th day of April, 2022.

Gregory F. Van Tatenhove
United States District Judge