UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| SARAH ANN COCHRAN,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 3:22-cv-00014-GFVT<br><br>**SCHEDULING ORDER** |

*** *** *** ***

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the Court, having considered the Report of Parties' Rule 26(f) Planning Conference [R. 9], hereby **ORDERS** as follows:

**DISCOVERY**

1. The following deadlines shall be observed in this action:

   (a) The parties agree that no initial disclosures are required under Rule 26(a)(1)(B) in this case.

   (b) All fact discovery shall be completed by **Thursday, September 22, 2022**.

2. Pursuant to Federal Rule of Civil Procedure Rule 5(d), the parties shall observe the following directives regarding the filing of discovery materials in this case unless the Court otherwise specifically so orders:

   (a) Rule 26(a)(1) Initial Disclosures, Interrogatories and Answers or other responses thereto, Requests for Production of Documents and Answers or other responses thereto, Requests for Admission and Answers thereto, and

any documents or tangible things produced pursuant to such discovery requests, as well as any discovery depositions not subject to part (b) below, **shall not be filed.**

(b) The deadline for Defendant to produce Administrative Record to the Plaintiff is **Friday, July 22, 2022.**

(c) The Deadline to file the Administrative Record is **Friday, September 23, 2022.**

(d) All discovery is to be completed by **Thursday, September 22, 2022**.

3. Discovery disputes shall be resolved in the following manner:

(a) The parties shall first meet and/or confer in an attempt to resolve disputes between themselves, without judicial intervention.

(b) If the parties are unable to resolve such disputes informally, they shall attempt to resolve their disagreement by telephone conference with the Magistrate Judge pursuant to the referral set forth below.

(c) If, and only if, the parties are unable to resolve their disputes after conference with the Magistrate Judge, they may file appropriate written motions with the Court. Any written motion regarding discovery shall include a certification detailing counsel's attempts to resolve the dispute as required by Rule 37(a)(1) and Local Rule 37.1.

## DISPOSITIVE MOTIONS

The following motion deadlines shall be observed in this action:

(a) The parties shall have to and including **Friday, October 21, 2022**, by which to file cross motions for summary judgment.

(b) Response briefs are due on or before **Friday, November 4, 2022**.

(c) Reply briefs are due on or before **Friday, November 18, 2022**.

**TRIAL**

Because this is an ERISA action, the parties believe that trial should not be necessary and believe the most effective way to resolve this matter, if the case does not settle, is through submission of the Administrative Record and cross motions for summary judgment.

**EXTENSIONS OF TIME**

Requests to modify any dates or deadlines established by this order shall be submitted upon motion filed prior to expiration of the deadline in question, and upon showing of good cause beyond the control of counsel in the exercise of due diligence. *See* L.R. 7.1(b).

**REFERRAL TO MAGISTRATE JUDGE**

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(A) this matter is referred to Magistrate Judge Edward B. Atkins for the purpose of:

1. Supervising discovery and pretrial proceedings.

2. Conducting all pretrial and status conferences, establishing and extending discovery deadlines, and all other deadlines, holding such hearings as may be required, and ruling on non-dispositive motions, except motions *in limine*. *See Brown v. Wesley's Quaker Maid, Inc.*, 771 F.2d 952 (6th Cir. 1985). Dispositive motions will be referred by the Clerk of this Court to the appropriate United States District Judge.

This the 29th day of April, 2022.

Gregory F. Van Tatenhove
United States District Judge