UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| SARAH ANN COCHRAN,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 3:22-cv-00014-GFVT |

*** *** *** ***

This matter is before the Court on the Joint Notice of Settlement filed by Defendant The Lincoln National Life Insurance Company. [R. 11.] The notice indicates that Defendant has reached a settlement agreement with Plaintiff Sarah Ann Cochran. *Id.* The parties intend to file an agreed order of dismissal to dismiss Plaintiff's claims with prejudice against Defendant once the settlement is final. *Id.*

Accordingly, and being sufficiently advised, the Court hereby **ORDERS** that any remaining deadlines pertaining specifically to Sarah Ann Cochran's claims against The Lincoln National Life Insurance Company are **STAYED** pending final resolution of this matter, and the parties must file a notice of dismissal with the Court within **forty-five (45) days** of the entry of this order.

This the 20th day of September, 2022.

Gregory F. Van Tatenhove
United States District Judge