UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| SARAH ANN COCHRAN,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 3:22-cv-00014-GFVT<br><br>**ORDER** |

***   ***   ***   ***

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. [R. 13.] The parties being in agreement, and the Court being sufficiently advised, the joint motion **[R. 13]** is **GRANTED**. All claims and counterclaims in this matter shall be, and hereby are, **DISMISSED WITH PREJUDICE** and this matter is **STRICKEN** from the Court's active docket, with each party to pay its own costs and fees.

This the 2d day of November, 2022.

Gregory F. Van Tatenhove
United States District Judge